U.S. District Court
for the
Northern District of Georgia

1:19-CV-0292   1/9/2019

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 14 2019

JAMES N. HATTEN, Clerk
By: _____

## Criminal Complaint

I, Chandler Ryan Moore, the Claimant in this case, state that the following is true to the best of my knowledge and belief.

On Sept. 22nd 2018, Claimant was arrested and incarcerated by Cherokee County Sheriff's Dept. Claimant claims the Defendant Cherokee County Superior Court and all designated officials involved in his case, Indictment No 18CR1220, have violated the particular code section 18 USC pt 1 chap 13 subsection 242, specifically Deprivation of Rights Under the Color of Law. Sham Legal Process. Claimant also claims above entity also violated the code section 18 USC pt 1 Chap 13 subsection 241 specifically Conspiracy Against Rights. Both violations were attempted with malice and are ongoing trespasses against his Constitutional Rights.

Claimant's Constitutional Rights are to be protected by Citizenship and Oath of Office without prejudice but because of courtroom commercial tactics under the Color of Law Claimant is being coerced into giving up his Rights and Guarantees supposedly protected by the very ones who profess protection and duty to Claimant.

Claimant has filed UCC1 308 in Clerk's office as to where he stands on his Rights being trespassed against.

Claimant has been incarcerated unlawfully in a false imprisonment manner and has many other violations to add to this list of trespasses at a latter date.

Claimant therefore, prays for speedy relief and compensation for the injurous trespass place upon him by the Defendant. These are the facts true and to the best of his knowledge.

Respectfully
ADMIN of Chandler Ryan Moore Estate
Chandler Ryan Moore
ALL RIGHTS RESERVED
Without Prejudice

Claimant would also mention a major shift in the DA office in Cherokee County by virtue of alleged Bribery charges.

"I will maintain my innocence without wavering. My conscience is clear for as long as I live."
Job 27:6 (NLT)