## MOTION TO DISMISS

**Plaintiff**
State of Georgia  (Cherokee County Superior Court)
vs

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 11 2019

Chandler Ryan Moore
**Defendant**

JAMES N. HATTEN, Clerk
By: J. Brannock, Deputy Clerk

FILED IN OFFICE
CLERK OF SUPERIOR COURT
CLERK OF STATE COURT
CHEROKEE COUNTY GA
2018 DEC 20 AM 10:12
PATTY BAKER, CLERK

**Motion to Dismiss.**

The defendant moves the court to dismiss this case against for the following reasons.

**1. THE RESERVATION OF MY RIGHTS.**

I explicitly reserve all of my rights. UCC 1-308 which was formally UCC 1-207.

§ 1-303. Performance or Acceptance Under Reservation of Rights.

(a) A party that with explicit reservation of rights performs or promises performance or assents to performance in a manner demanded or offered by the other party does not thereby prejudice the rights reserved. Such words as "without prejudice," "under protest," or the like are sufficient.

**2. FURTHER ADVISEMENT**

This is to advise that all of the actions of the court and all others in these cases against Defendant are in violation of ...

A. USC TITLE 18 > PART I > CHAPTER 13 > § 242 Deprivation of rights under color of law

B. USC TITLE 18 > PART I > CHAPTER 13 > § 241 Conspiracy against rights

WHEREFORE, Defendant prays for the foregoing speedy relief.

Kindest and warmest regards,

Signed _Chandler Ryan Moore_

Without prejudice UCC 1-308

From the defendant:
Physical address 2971 Broad St. #131
Mailing address Bristol, TN 37620
Phone 423-989-9131