**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

CHANDLER RYAN MOORE,
            Plaintiff,

vs.

CHEROKEE COUNTY SUPERIOR
COURT,
            Defendant.

CIVIL ACTION FILE

NO.  1:19-cv-292-WMR

## J U D G M E N T

This action having come before the court, Honorable William M. Ray, II, United States District Judge, on the Magistrate Judge's Final Report and Recommendation and the Court having adopted said recommendation, and dismissed with prejudice Plaintiff's claims against Defendants Cherokee County Superior Court, Douds, Baker, Harris, Drane, Wallace and Smith and dismissed without prejudice Plaintiff's claims against Defendant Dennis, it is

**Ordered and Adjudged** that the action be **DISMISSED**.

Dated at Atlanta, Georgia, this 10th day of April, 2019.

JAMES N. HATTEN
CLERK OF COURT

By:  s/R. Bryant
      Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
April 10, 2019
James N. Hatten
Clerk of Court

By:  s/R. Bryant
      Deputy Clerk